**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW S MARTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>JIM NORD,<br><br>    Defendant.<br>_____/ | No. C 09-02427 CRB<br><br>**ORDER OF DISMISSAL** |

On June 1, 2009, Plaintiff filed suit in this Court alleging that Defendant Jim Nord and others violated the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1964, in conjunction with a state probate matter. Plaintiff failed to adequately plead his federal claims. This Court therefore issued an order on June 8, 2009, dismissing Plaintiff's complaint with leave to amend within thirty (30) days. The Court advised Plaintiff that failure to comply with its order would be deemed grounds for dismissal of all of Plaintiff's federal claims.

Plaintiff has failed to amend his complaint within the thirty days provided by the Court. Accordingly, Plaintiff's federal claims are DISMISSED with prejudice, without

//
//
//

1 | prejudice to Plaintiff's pursuing his state claims in state court.

2 | **IT IS SO ORDERED.**

5 | Dated: July 14, 2009        CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE