IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW S MARTIN, | No. C 09-02427 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JIM NORD, | |
| Defendant. | |

The Court having dismissed Plaintiff's federal claims against Defendants Jim Nord et al., enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 14, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2427\judgment.wpd