IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW S MARTIN,

    Plaintiff,

  v.

JIM NORD,

    Defendant.

No. C 09-02427 CRB

**ORDER**

Judgment against Plaintiff is VACATED and this case is hereby RE-OPENED due to untimely service of the Court's June 8, 2009 Order dismissing Plaintiff's federal claims with leave to amend. Plaintiff shall have an additional thirty (30) days in which to amend his complaint pursuant to the Court's June 8, 2009 Order. Failure to do so will be deemed grounds for dismissal of all of Plaintiff's federal claims.

**IT IS SO ORDERED.**

Dated: July 16, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2427\ordervacatingjudgment.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28