**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW S MARTIN, | No. C 09-02427 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JIM NORD, | |
| Defendant. / | |

The Court having dismissed Plaintiff's federal claims against Defendants Jim Nord et al., enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 18, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2427\judgment2.wpd